UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MANUEL L. BURNLEY, JR.,

           Plaintiff,

and

STATE OF WISCONSIN DEPARTMENT
OF JUSTICE, OFFICE OF CRIME VICTIM
COMPENSATION SERVICES, and
STATE OF WISCONSIN DEPARTMENT OF
HEALTH SERVICES

           Involuntary Plaintiffs,

                                                        Case No. 19-CV-364

vs.

VILLAGE OF BROWN DEER,
and DEVON M. KRAEMER,

           Defendants.

---

### DEFENDANTS' DISCLOSURE STATEMENT
### PURSUANT TO CIVIL LOCAL RULE 7.1 AND FEDERAL
### RULE OF CIVIL PROCEDURE RULE 7.1

---

      Defendants, Village of Brown Deer and Devon M. Kraemer, by their attorneys, Gunta Law Offices, S.C., hereby provide the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

      **(1)    The full name of every party or amicus the attorney represents in the case:**

           A)    Village of Brown Deer

           B)    Devon M. Kraemer

-1-

Case 2:19-cv-00364-JPS   Filed 05/13/19   Page 1 of 2   Document 16

**(2)** **If such party or amicus is a corporation:**

    A)    Any parent corporation:    **None**

    B)    Any publicly held corporation owning 10% or more of the company's stock:

    **None**

**(3)** **The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

    A)    Gunta Law Offices, S.C.

Dated at Wauwatosa, Wisconsin, this 13th day of May, 2019.

    GUNTA LAW OFFICES, S.C.
    Attorneys for Defendants

By:    /s/ Gregg J. Gunta
    Gregg J. Gunta, WI Bar No. 1004322
    Ann C. Wirth, WI Bar No. 1002469
    John A. Wolfgang, WI Bar No. 1045325
    Jasmyne M. Baynard, WI Bar No. 1099898
    9898 W. Bluemound Road, Suite 2
    Wauwatosa, Wisconsin 53226
    T: (414) 291-7979 / F: (414) 291-7960
    Emails:    gjg@guntalaw.com
                acw@guntalaw.com
                jaw@guntalaw.com
                jmb@guntalaw.com