UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MANUEL L. BURNLEY,

    Plaintiff,

and

STATE OF WISCONSIN
DEPARTMENT OF JUSTICE CRIME
VICTIM COMPENSATION PROGRAM
and UNITED HEALTHCARE OF WISCONSIN,

    Involuntary Plaintiffs,

v.

VILLAGE OF BROWN DEER and
DEVON M. KRAEMER,

    Defendants.

Case No. 19-CV-364

HEARING MINUTE SHEET

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** February 19, 2020

**Time Commenced:** 8:30 a.m.     **Time Concluded:** 11:40 a.m.

**Appearances:**

    **Plaintiff:** Ben Elson, Counsel for Plaintiff
    G. Flint Taylor, Counsel for Plaintiff
    Brad Thomson, Counsel for Plaintiff
    Jerome Konkel, Counsel for Plaintiff

    **Defendant:** Gregg Gunta, Counsel for Defendants
    Jasmyne Baynard, Counsel for Defendants
    Thomas Mann, Insurance Representative (CVMIC)
    Allison DeFranze, Insurance Representative (CVMIC)
    Devon Kraemer, Defendant

**Comments:** The mediation resulted in resolution of the plaintiff's claims. The Court can expect a stipulation of dismissal by Monday, February 24, 2020. The case is returned to Judge Stadtmueller for further processing.