# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MANUEL L. BURNLEY, JR.,

        Plaintiff,

and

STATE OF WISCONSIN DEPARTMENT
OF JUSTICE, OFFICE OF CRIME VICTIM
COMPENSATION SERVICES, and
STATE OF WISCONSIN DEPARTMENT OF
HEALTH SERVICES

        Involuntary Plaintiffs,

        Case No. 19-CV-364

    vs.

VILLAGE OF BROWN DEER,
and DEVON M. KRAEMER,

        Defendants.

## STIPULATION FOR DISMISSAL

Defendants, Devon Kraemer and Village of Brown Deer, by their attorneys, Gunta Law Offices, S.C., together with Plaintiff Manuel Burnley, Jr. by his attorneys, Samster, Konkel & Safran, S.C., hereby stipulate that the Plaintiff's claims against the Defendants, and present and former officers, agents, employees, insurers, successors and assigns of any of them, shall be dismissed with prejudice, upon their merits, and without costs or attorney's fees to any party.

-1-

Case 2:19-cv-00364-JPS   Filed 02/26/20   Page 1 of 2   Document 78

Dated: 02/26/2020

**SAMSTER, KONKEL & SAFRAN, S.C.**
Counsel for Plaintiff

/s/ Jerome A. Konkel
Jerome A. Konkel, WI SBN:1000149
1110 North Old World Third Street, Suite 405
Milwaukee, WI 53203
(414) 224-0400

Dated: 02/26/2020

**GUNTA LAW OFFICES, S.C.**
Counsel for Defendants

/s/ Gregg J. Gunta
Gregg J. Gunta, WI SBN: 1004322
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI 53226-4319
(414) 291-7979

Dated: 02/26/2020

**PEOPLE'S LAW OFFICE**
Counsel for Plaintiff

/s/ Ben Elson
Ben Elson, IL State Bar No. 6286106
1180 North Milwaukee Avenue
Chicago, Illinois 60642
(773) 235-0070 Ext. 116